**FIRST AVENUE PARTNERS, a Pennsylvania Limited Partnership, James D. Bolander and Mona A. Bolander, husband and wife, Barbara C. Johnstone, William R. Hartz, Paul Richard Bernthal, Christopher Ragland and April M. Ragland, husband and wife, Mary Ellen Purtell and Robert Crecine**

v.

**The CITY OF PITTSBURGH PLANNING COMMISSION and City of Pittsburgh and Forza Fort Pitt, Inc.**

**Petition of: City of Pittsburgh Planning Commission and City of Pittsburgh**

**No. 18 WAL 2017**

Supreme Court of Pennsylvania.

June 20, 2017

586

## ORDER

PER CURIAM

**AND NOW**, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.